# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA SUAREZ TAPIA, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRONTWAVE CREDIT UNION,<br><br>Defendant. | Case No. 20cv1950-MMA-JLB<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULINGS RE: MOTIONS FOR FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARD;**<br><br>[Doc. Nos. 19, 20]<br><br>**VACATING AND RESETTING FINAL APPROVAL HEARING** |

Adriana Suarez Tapia ("Plaintiff") brings this putative wage and hour class action (the "Action") against Defendant Frontwave Credit Union ("Defendant"). Plaintiff moves for final approval of a class settlement pursuant to Federal Rule of Civil Procedure 23(e). *See* Doc. No. 19. Plaintiff also moves for an award of attorneys' fees and costs, and a class representative incentive payment. *See* Doc. No. 20. Defendant does not oppose Plaintiff's motions, which are currently set for hearing on July 29, 2021. *See* Doc. No. 18 (granting preliminary approval and setting Final Approval Hearing). Having reviewed the record, the Court tentatively **GRANTS** Plaintiff's motions.

The Court tentatively finds that the proposed settlement of this class action is fair, reasonable, and adequate for final approval pursuant to Federal Rule of Civil Procedure

23(e), that the proposed settlement appears to be the product of serious, informed, arms-length negotiations, and that the settlement was entered into good faith.

The Court also tentatively finds that Class Counsel's requested attorneys' fees in the amount of $31,667.67 and costs in the amount of $1,088.74 are reasonable.

The Court also tentatively finds that Plaintiff's requested incentive payment for work performed as the class representative in the amount of $5,000 is reasonable.

Due to a conflict with the Court's calendar, the Court **VACATES** and **RESETS** the Final Approval Hearing for Wednesday, **July 28, 2021 at 11:00 a.m.** in Courtroom 3D.  Counsel may appear telephonically; any counsel appearing telephonically should contact Judge Anello's Courtroom Deputy prior to the hearing for dial-in instructions. The Court will review its tentative rulings with counsel during the Final Approval Hearing and issue a final order and judgment thereafter.

**IT IS SO ORDERED**.

DATE: July 21, 2021

HON. MICHAEL M. ANELLO
United States District Judge